IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GROENEVELD TRANSPORT EFFICIENCY, INC., *et al.*, | ) ) ) | CASE NO. 1:07-CV-1298 |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| JAN EISSES, | ) ) | **NOTICE OF APPEAL** |
| Defendant. | ) ) | |

    Notice is hereby given that Groeneveld Transport Efficiency, Inc., Groeneveld Atlantic South, Inc., and Groeneveld Pacific West, Inc., Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Order granting Defendant Jan Eisses' Motion to Dismiss or to Stay Action Pending Outcome of Parallel Proceedings in Ontario, Canada, entered in this action on the 18th day of September, 2007.  A copy of that Order is attached to this Notice of Appeal and identified as Exhibit A hereto and expressly incorporated herein by reference.

    Respectfully submitted,

    /s/ Drew A. Carson
    DREW A. CARSON (0037641)
    JAY R. FAEGES (0055492)
    DAVID A. KUNSELMAN (0073980)
    MILLER GOLER FAEGES LLP
    100 Erieview Plaza, 27th Floor
    Cleveland, OH 44114-1835
    (ph.) 216-696-3366 • (fax) 216-363-5835
    Carson@MillerGolerFaeges.com
    Faeges@MillerGolerFaeges.com
    Kunselman@MillerGolerFaeges.com

    *Counsel for Plaintiffs*
    *Groeneveld Transport Efficiency, Inc.,*
    *Groeneveld Pacific West, Inc.,*
    *and Groeneveld Atlantic South, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Respectfully submitted,

    */s/ Drew A. Carson*
    DREW A. CARSON (0037641)