# TRANSMISSION FORM

| | |
|---|---|
| District Court<br>NORTHERN OHIO, EASTERN DIVISION, Cleveland | District Court No.  1:07cv1298<br>USCA No.  **07-4172** |

| CAPTION | CURRENT COUNSEL FOR PLAINTIFF |
|---|---|
| 1) GROENEVELD TRANSPORT EFFICIENCY, INC., et al.<br><br>PLAINTIFF -  APPELLANTS<br><br>v.<br><br>JAN EISSES<br><br>DEFENDANT -  Appellee | NAME:  Drew A. Carson<br>FIRM NAME: Miller Goler Faeges, LLP<br>ADDRESS: 100 Erieview Plaza, 27th Floor<br>　　　　　Cleveland, OH.  44114-1835<br>TELEPHONE:    216-696-3366<br><br>CURRENT COUNSEL FOR DEFENDANT<br>NAME:   Melissa L. Zujkowski<br>FIRM NAME: Ulmer & Berne - Cleveland<br>ADDRESS: 1100 Skylight Office Tower<br>　　　　　1660 West Second Street<br>　　　　　Cleveland, OH.  44113-1448<br>TELEPHONE:   216-583-7364 |

If Habeas Corpus, Certificate of Appealability is:　　( ) granted　　( ) denied　　( ) pending

Criminal Defendant: ( ) on bond　　( ) incarcerated　　( ) on probation

Fees:　District Court & USCA Fee Paid:　(X) yes　　( ) no　　( ) not required
　　　Pauper Status:　　　( ) granted　　( ) denied　　( ) pending
　　　Affidavit of Financial Status Filed: ( ) yes　　( ) no

Counsel:　　( ) appointed　　(X) retained　　( ) pro se

District Court Judge:  Nugent　　Court Reporter:  NONE

Any hearing or trial  ( ) yes  (X) no　　If yes, dates ___

FROM　  Shawn Harrigan　　DATE　  SEPTEMBER 24, 2007

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is_____ and includes an updated copy of docket entries.

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ___volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this___ day of _____, 2007. Clerk, GERI M. SMITH, U.S. District Court