UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GROENEVELD TRANSPORT EFFICIENCY, INC., et al., | ) ) ) | CASE NO. 1:07 CV 1298 |
| Plaintiffs, | ) ) | JUDGE DONALD C. NUGENT |
| v. | ) ) | |
| JAN EISSES, | ) ) | ORDER |
| Defendant. | ) ) ) | |

Counsel for the parties informed the Court that the proceedings in the Canadian Court will not be concluded within the next year and may not conclude within the next two years. This action has already been stayed more than one year at this point and the Court is unwilling to continue the stay for two more years. Accordingly, this action will be dismissed without prejudice. All statutes of limitations shall be tolled in the interim and the parties are given leave to move to re-instate this action within 30 days of the conclusion of the Canadian action if unresolved issues remain that need to be litigated in this Court. This action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

*/s/ Donald C. Nugent*
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATED: *December 11, 2008*