UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 07-4172

Filed: January 21, 2009

GROENEVELD TRANSPORT EFFICIENCY, INC.; GROENEVELD ATLANTIC SOUTH, INC.; GROENEVELD PACIFIC WEST, INC.,

    Plaintiffs - Appellants

v.

JAN EISSES,

    Defendant - Appellee

1:07cv1298 DCN

## MANDATE

Pursuant to the court's disposition that was filed 10/20/2008 the mandate for this case hereby issues today.  *Dismissed*

COSTS: NONE

Filing Fee ......................$
Printing .........................$

    Total ..................$